Jeffrey S. Yong (California Bar # 135455)          JS-6
**ALEXANDER & YONG**
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Telephone: (213) 689-3080
Facsimile:  (213) 689-3082

Attorneys for Plaintiffs
YANG CHUN WENG and SHIOWLIH WENG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANG CHUN WENG, an individual and SHIOWLIH WENG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>CHINA AIRLINES, LTD., a foreign corporation and DOES 1 through 50,<br><br>Defendants. | CASE NO.: CV 07-5966-VBF(JTLx)<br><br>[PROPOSED] ORDER RE STIPULATION RE DISMISSAL |
| AND RELATED CROSS-ACTION. | |

## ORDER

The Stipulation for Dismissal having been received and considered by the Court, good cause appearing therefore, it is hereby SO ORDERED.

Dated: August 27, 2008

_Valerie Baker Fairbank_
UNITED STATES DISTRICT JUDGE

1